UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20360-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

EDRY MILANEZ,

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

1. On June 9, 2021, a Maritime Patrol Aircraft ("MPA") detected a go-fast vessel ("GFV") operating approximately 32 nautical miles southeast of Isla Beata, Dominican Republic, in international waters in the Caribbean Sea. The GFV was equipped with two outboard engines, and had on deck multiple barrels of fuel and packages consistent with maritime drug smuggling. To investigate further, USS WICHITA launched a helicopter and USCGC HARRIET LANE launched an Over the Horizon (OTH) vessel with a USCG Boarding Team (BT) to intercept the GFV.

2. The GFV, which had no indicia of nationality, refused to heave to despite the use of warning shots by the helicopter. The helicopter then employed disabling fire, which caused the GFV to go dead in the water. CGC HARRIET LANE's OTH arrived on scene, and the BT gained positive control of the GFV.

3.   Once the GFV was dead in the water a law enforcement team from the USS WHICHITA arrived and completed a right of visit boarding of the GFV. There were three individuals on board, who were later identified as **LUIS ALFREDO GARCIA-VEGA,** a Colombian national, and Dominican nationals **EDRY MILANEZ** and **MARIANO ANTONIO LANTIGUA.** When asked, none of the crew claimed to be the master or person in charge and all persons refused to make a claim of nationality for the vessel or themselves. With no claim of nationality or indicia of nationality, authorization was granted to treat the vessel as one without nationality and, therefore, subject to the jurisdiction of the United States. The parties stipulate and agree that there is a sufficient factual basis for the Court to make a finding that the vessel in this case was a vessel without nationality and, thus, pursuant to Title 46, United States Code, Section 70502(c), was a vessel subject to the jurisdiction of the United States.

4.   A full law enforcement boarding of the GFV was conducted. The boarding team located a total of 15 bales of suspected contraband weighing approximately 432 kilograms. Field tests of the bales yielded two positive results for the presence of cocaine. The crew were detained, and the vessel was sunk as a hazard to navigation.

5.   Based on the training experience of law enforcement officers involved in this case, this quantity of cocaine was intended for distribution to others when the crew of the GFV reached their destination.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date:  9/2/21      By: _____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

Date: 8/27/21                By: _____
                                 PAUL D. PETRUZZI
                                 ATTORNEY FOR DEFENDANT

Date: 8-27-21                By: _EDRY MILANEZ_____
                                 EDRY MILANEZ
                                 DEFENDANT

3